UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 15-10008-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JARVIS NELSON OSORIO,
THOMAS JOSEPH WILLI, and
OUTBREAK ORDNANCE, LLC,
    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE SNOW'S DETENTION ORDERS

THIS CAUSE came before the Court upon Defendants' Joint Appeal From and Review of Detention Orders and Motion for Revocation and/or Amendment of Detention Orders (the "Joint Appeal and Motion") [ECF No. 80]. The Court has carefully considered the Joint Appeal and Motion [ECF No. 80] and has conducted a *de novo* review of the record, including the transcript of the detention hearing and Magistrate Judge Lurana S. Snow's Detention Orders for Jarvis Nelson Osorio and Thomas Joseph Willi [ECF Nos. 77 & 78]. *See United States v. King*, 849 F.2d 485, 490 (11th Cir. 1988). The Court finds that Magistrate Judge Snow's factual findings are supported and legal conclusions are correct. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Magistrate Judge Snow's Detention Orders [ECF Nos. 77 & 78] are **AFFIRMED** and **ADOPTED**.

2. Defendants' motion for revocation and/or amendment of detention orders [ECF No. 80] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of October, 2015.

                                                       JOSE E. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record